| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>GARY M. LEUIS<br>Special Assistant United States Attorney<br>MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401<br>Fresno, California 93721<br>Telephone: (559) 497-4000 | |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARIA PRICE<br><br>　　　　　Defendant. | Case No. 2:18-po-00349-SAB<br><br>[Citation #6238204]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　　The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 2:18-po-00349-SAB [Citation #6238204] against MARIA PRICE without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

| | | |
|---|---|---|
| DATED: December 19, 2018 | | Respectfully submitted,<br><br>McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Gary M. Leuis<br>GARY M. LEUIS<br>Special Assistant United States Attorney |

1

U.S. v. Price
Case No. 2:18-po-00349-SAB

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 2:18-po-00349-SAB [Citation #6238204] against MARIA PRICE be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 20, 2018**__

UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Price
Case No. 2:18-po-00349-SAB